# ZUCKER & REGEV, P.C.

186 Joralemon Street, Suite 1010
Brooklyn, NY 11201
Phone (718)624-1211
Fax (718)624-6037
E-mail: contact@zucker-regev.com

**TO:**
DANIEL FOX

TRIBOROUGH BRIDGE & TUNNEL AUTHORITY, POLICE OFFICER RANDOLPH SANDERS (SHIELD NO. 2183), POLICE OFFICER KEISHA JOHNSON (SHIELD NO. 1888), and SERGEANT LAURA TULLY (SHIELD NO. 417)

**TERMS**
Due upon receipt

| DOCKET# 16-1114 | PLEASE DETACH AND RETURN WITH YOUR PAYMENT | ATTORNEYS | TOTAL: | Column1 |
|---|---|---|---|---|
| File# 4492 | | By Attorney: GUY S. REGEV | | $650.00 |
| | | By Attorney: GARY A. ZUCKER | | $650.00 |
| | Daniel Fox v TBTA | By Attorney: DANIEL B. RUBIN | | $375.00 |
| DATE | PROFESSIONAL LEGAL SERVICES | ATTORNEYS | HOURS | FEES |
| 4/4/18 | Conference Appearance | Gary A. Zucker | 0.5 | $325.00 |
| 4/4/18 | Notice of Appearance | Gary A. Zucker | 0.3 | $195.00 |
| 4/5/18 | Conferring with Prior Counsel re: status of case | Gary A. Zucker | 0.2 | $130.00 |
| 4/6/18 | Meeting with Client and Parents for Initial Research and Factual Investigation | Gary A. Zucker | 0.5 | $325.00 |
| 4/19/18 | Deposition Preparation of Plaintiff | Guy S. Regev | 1.8 | $1,170.00 |
| 4/19/18 | Deposition of Plaintiff | Guy S. Regev | 2.2 | $1,430.00 |
| 4/19/18 | Deposition of Plaintiff & Summary Memo | Daniel B. Rubin | 2.2 | $825.00 |
| 4/20/18 | First Motion for Disclosure - ECF Doc. 29 | Gary A. Zucker | 2.5 | $1,625.00 |
| 4/23/18 | First Motion for Disclosure - ECF Doc. 29 | Gary A. Zucker | 1.5 | $975.00 |
| 4/24/18 | Second Motion for Extension of Time - ECF Doc. 31 | Guy S. Regev | 1.8 | $1,170.00 |
| 4/24/18 | Defendant Sanders - Deposition Preparation | Guy S. Regev | 2.5 | $1,625.00 |
| 4/25/18 | Second Motion for Extension of Time - ECF Doc. 31 | Gary A. Zucker | 1.4 | $910.00 |
| 4/25/18 | Preparation and Deposition of Defendant Sanders | Guy S. Regev | 5.1 | $3,315.00 |
| 4/25/18 | Deposition of Defendant Sanders & Summary Memo | Daniel B. Rubin | 2.2 | $825.00 |
| 5/1/18 | Call with MTA Inspector General's Office regarding incident | Daniel B. Rubin | 0.2 | $75.00 |
| 5/1/18 | Investigation-Joe Pollini/Photographs and measurements of the scene | Guy S. Regev | 2.5 | $1,625.00 |
| 5/1/18 | Investigation-Joe Pollini/Photographs and measurements of the scene | Daniel B. Rubin | 2.5 | $937.50 |
| 5/7/18 | Defendant Johnson Deposition Preparation | Guy S. Regev | 1.9 | $1,235.00 |

| DOCKET# 16-1114 | PLEASE DETACH AND RETURN WITH YOUR PAYMENT | ATTORNEYS | TOTAL: | Column1 |
|---|---|---|---|---|
| 5/7/18 | Defendant Tully Deposition Preparation | Guy S. Regev | 2.4 | $1,560.00 |
| 5/8/18 | Deposition of Defendant Johnson | Guy S. Regev | 2.7 | $1,755.00 |
| 5/8/18 | Deposition of Defendant Johnson & Summary Memo | Daniel B. Rubin | 2.7 | $1,012.50 |
| 5/8/18 | Deposition of Defendant Tully | Guy S. Regev | 2.8 | $1,820.00 |
| 5/8/18 | Deposition of Defendant Tully & Summary Memo | Daniel B. Rubin | 2.8 | $1,050.00 |
| 5/8/18 | Non-party Aspromonte Deposition Preparation | Guy S. Regev | 1.5 | $975.00 |
| 5/9/18 | Conference with Medical Expert re: injuries | Gary A. Zucker | 0.5 | $325.00 |
| 5/9/18 | First Motion to Adjourn Conference - ECF Doc. 32 | Guy S. Regev | 0.4 | $260.00 |
| 5/9/18 | Deposition of Vincent Aspromonte | Guy S. Regev | 1.5 | $975.00 |
| 5/9/18 | Deposition of Vincent Aspromonte & Memo Summary | Daniel B. Rubin | 2 | $750.00 |
| 5/11/18 | Physical Examination (Counsel in attendance) | Guy S. Regev | 2 | $1,300.00 |
| 5/21/18 | Plaintiff's Mother (Maya) Deposition Preparation | Guy S. Regev | 3.5 | $2,275.00 |
| 5/21/18 | Plaintiff's Father (Alexander) Deposition Preparation | Guy S. Regev | 2.5 | $1,625.00 |
| 5/22/18 | Deposition of Plaintiff's Mother (Maya) | Guy S. Regev | 1.1 | $715.00 |
| 5/22/18 | Deposition of Plaintiff's Father (Alexander) | Guy S. Regev | 1 | $650.00 |
| 5/23/18 | Research and Writing regarding confidential Settlement/Demand Letter to Court | Guy S. Regev | 3.4 | $2,210.00 |
| 5/24/18 | Conference Preparation | Guy S. Regev | 1.5 | $975.00 |
| 5/25/18 | Conference - ECF Doc. 33 | Guy S. Regev | 0.3 | $195.00 |
| 5/29/18 | Conferring with Medical Expert re: injuries and treatment | Guy S. Regev | 0.2 | $130.00 |
| 5/29/18 | Motion for Reconsideration - ECF Doc. 34 | Gary A. Zucker | 0.6 | $390.00 |
| 5/30/18 | Motion for Reconsideration - ECF Doc. 34 | Gary A. Zucker | 1.2 | $780.00 |
| 6/5/18 | Notice of Objections to Orders - ECF Doc. 36 | Gary A. Zucker | 1.3 | $845.00 |
| 6/6/18 | Research for motion to set aside - ECF Doc. 38 & 39 | Gary A. Zucker | 5.4 | $3,510.00 |
| 6/7/18 | Research and writing motion to set aside - ECF Doc. 38 & 39 | Gary A. Zucker | 8.6 | $5,590.00 |
| 6/8/18 | First Motion to Set Aside - ECF Doc. 38 & 39 | Gary A. Zucker | 5.3 | $3,445.00 |
| 6/20/18 | Letter to Judge Garaufis Regarding Pending Motion - ECF Doc. 40 | Gary A. Zucker | 1.6 | $1,040.00 |
| 6/20/18 | Proposed Pretrial Order - ECF Doc. 42 | Gary A. Zucker | 5.2 | $3,380.00 |
| 6/21/18 | Proposed Pretrial Order - ECF Doc. 42 | Gary A. Zucker | 2.3 | $1,495.00 |
| 6/25/18 | Research Reply to Motion to Set Aside - ECF Doc. 49 | Gary A. Zucker | 4.6 | $2,990.00 |
| 6/26/18 | Research/Writing Reply to Motion to Set Aside - ECF Doc. 49 | Gary A. Zucker | 1.8 | $1,170.00 |
| 6/27/18 | Research/Writing Reply to Motion to Set Aside - ECF Doc. 49 | Gary A. Zucker | 3.3 | $2,145.00 |
| 6/28/18 | First Motion for Leave to File Corrected Declaration & Memo of Law - ECF Doc. 48 | Gary A. Zucker | 1.2 | $780.00 |
| 6/28/18 | Writing Reply to Motion to Set Aside - ECF Doc. 49 | Gary A. Zucker | 2.8 | $1,820.00 |

| DOCKET# 16-1114 | PLEASE DETACH AND RETURN WITH YOUR PAYMENT | ATTORNEYS | TOTAL: | Column1 |
|---|---|---|---|---|
| 6/29/18 | Reply to Motion to Set Aside - ECF Doc. 49 | Gary A. Zucker | 3.2 | $2,080.00 |
| 7/23/18 | Fifth Motion for Discovery - ECF Doc. 52 | Gary A. Zucker | 2.1 | $1,365.00 |
| 7/24/18 | Fifth Motion for Discovery - ECF Doc. 52 | Gary A. Zucker | 1.4 | $910.00 |
| 8/2/18 | Sixth Motion for Discovery - ECF Doc. 54 | Gary A. Zucker | 2.8 | $1,820.00 |
| 8/3/18 | Sixth Motion for Discovery - ECF Doc. 54 | Gary A. Zucker | 0.7 | $455.00 |
| 9/5/18 | Seventh Motion for Discovery - ECF Doc. 56 | Gary A. Zucker | 3.6 | $2,340.00 |
| 9/6/18 | Seventh Motion for Discovery - ECF Doc. 56 | Gary A. Zucker | 2.8 | $1,820.00 |
| 9/7/18 | Seventh Motion for Discovery - ECF Doc. 56 | Gary A. Zucker | 2.4 | $1,560.00 |
| 9/13/18 | Research and Writing for Reply in Support - ECF Doc. 58 | Daniel B. Rubin | 4.7 | $1,762.50 |
| 9/13/18 | Reply in Support - ECF Doc. 58 | Gary A. Zucker | 2.3 | $1,495.00 |
| 9/20/18 | Notice of Appearance | Guy S. Regev | 0.3 | $195.00 |
| 9/20/18 | Notice of Appearance | Daniel B. Rubin | 0.3 | $112.50 |
| 9/25/18 | Conference Preparation | Guy S. Regev | 0.5 | $325.00 |
| 9/25/18 | Conference | Guy S. Regev | 0.4 | $260.00 |
| 10/31/18 | First Motion to Amend - ECF Doc. 63 | Guy S. Regev | 1.5 | $975.00 |
| 1/3/19 | Meeting with Plaintiff & Preparation for Trial | Guy S. Regev | 6.5 | $4,225.00 |
| 1/9/19 | Joint Pretrial Order Drafting | Guy S. Regev | 2.8 | $1,820.00 |
| 1/10/19 | Joint Pretrial Order Drafting | Guy S. Regev | 1.6 | $1,040.00 |
| 1/11/19 | Meeting with Expert in Preparation for Trial | Guy S. Regev | 2.2 | $1,430.00 |
| 1/11/19 | Joint Pretrial Order (Amended) - ECF Doc. 67 | Guy S. Regev | 0.3 | $195.00 |
| 1/13/19 | Joint Pretrial Order (Corrected) - ECF Doc. 68 | Guy S. Regev | 0.5 | $325.00 |
| 4/19/19 | Conference Preparation | Guy S. Regev | 0.4 | $260.00 |
| 4/19/19 | Conference Appearance | Guy S. Regev | 0.3 | $195.00 |
| 5/1/19 | Letter-Adjournment of Trial Date - ECF Doc. 70 | Guy S. Regev | 1.7 | $1,105.00 |
| 10/1/19 | Research and Writing Plaintiff's Motion in Limine - ECF Doc. 73 | Daniel B. Rubin | 4.8 | $1,800.00 |
| 10/2/19 | Research and Writing Plaintiff's Motion in Limine - ECF Doc. 73 | Daniel B. Rubin | 6.2 | $2,325.00 |
| 10/3/19 | Research and Writing Plaintiff's Motion in Limine - ECF Doc. 73 | Daniel B. Rubin | 5.3 | $1,987.50 |
| 10/4/19 | Research and Writing Plaintiff's Motion in Limine - ECF Doc. 73 | Daniel B. Rubin | 3.9 | $1,462.50 |
| 10/7/19 | Research and Writing Plaintiff's Motion in Limine - ECF Doc. 73 | Daniel B. Rubin | 4.8 | $1,800.00 |
| 10/8/19 | Research and Writing Plaintiff's Motion in Limine - ECF Doc. 73 | Daniel B. Rubin | 6.1 | $2,287.50 |
| 10/9/19 | Research and Writing Plaintiff's Motion in Limine - ECF Doc. 73 | Daniel B. Rubin | 5.2 | $1,950.00 |
| 10/10/19 | Research and Writing Plaintiff's Motion in Limine - ECF Doc. 73 | Daniel B. Rubin | 7.2 | $2,700.00 |
| 10/10/19 | Proposed Voir Dire | Guy S. Regev | 4.0 | $2,600.00 |

| DOCKET#  16-1114 | PLEASE DETACH AND RETURN WITH YOUR PAYMENT | ATTORNEYS | TOTAL: | Column1 |
|---|---|---|---|---|
| 10/11/19 | Research and Writing Plaintiff's Motion in Limine - ECF Doc. 73 | Daniel B. Rubin | 3.6 | $1,350.00 |
| 10/11/19 | Revising Motion in Limine - ECF Doc. 73 | Guy S. Regev | 5.4 | $3,510.00 |
| 10/11/19 | Opposition to Defendants' Motion in Limine Research | Daniel B. Rubin | 2.3 | $862.50 |
| 10/14/19 | Opposition to Defendants' Motion in Limine Research/Writing | Daniel B. Rubin | 5.9 | $2,212.50 |
| 10/14/19 | Opposition to Defendants' Motion in Limine Revising | Guy S. Regev | 6.0 | $3,900.00 |
| 10/15/19 | Opposition to Defendants' Motion in Limine Writing | Daniel B. Rubin | 4.7 | $1,762.50 |
| 10/15/19 | Reply to Defendants' Opposition to Plaintiff's Motion in limine Research | Guy S. Regev | 5.7 | $3,705.00 |
| 10/16/19 | Opposition to Defendants' Motion in Limine Drafting | Daniel B. Rubin | 3.6 | $1,350.00 |
| 10/16/19 | Opposition to Defendants' Motion in Limine Revising | Guy S. Regev | 4.0 | $2,600.00 |
| 10/16/19 | Reply to Defendants' Opposition to Plaintiff's Motion in limine Research | Daniel B. Rubin | 1.9 | $712.50 |
| 10/17/19 | Reply to Defendants' Opposition to Plaintiff's Motion in limine Research/Writing | Daniel B. Rubin | 5.8 | $2,175.00 |
| 10/17/19 | Trial Brief | Guy S. Regev | 3.5 | $2,275.00 |
| 10/18/19 | Reply to Defendants' Opposition to Plaintiff's Motion in limine Research/Writing | Daniel B. Rubin | 4.5 | $1,687.50 |
| 10/18/19 | Proposed Jury Instructions/Verdict Research | Guy S. Regev | 3.2 | $2,080.00 |
| 10/21/19 | Opposition to Defendants' Motion in Limine Revising | Daniel B. Rubin | 2.7 | $1,012.50 |
| 10/21/19 | Reply to Defendants' Opposition to Plaintiff's Motion in limine Writing | Daniel B. Rubin | 1.6 | $600.00 |
| 10/21/19 | Proposed Jury Instructions Drafting | Guy S. Regev | 1.3 | $845.00 |
| 10/21/19 | Proposed Jury Instructions Editing | Daniel B. Rubin | 2.4 | $900.00 |
| 10/22/19 | Proposed Jury Instructions Revising | Guy S. Regev | 2.1 | $1,365.00 |
| 10/22/19 | Proposed Jury Instructions/Verdict Drafting | Daniel B. Rubin | 7.5 | $2,812.50 |
| 10/22/19 | Opposition to Defendants' Motion in Limine Revising | Guy S. Regev | 2.5 | $1,625.00 |
| 10/23/19 | Reply to Defendants' Opposition to Plaintiff's Motion in Limine Writing | Daniel B. Rubin | 4.5 | $1,687.50 |
| 10/23/19 | Proposed Jury Instructions Revising | Guy S. Regev | 1.5 | $975.00 |
| 10/23/19 | Proposed Jury Verdict | Daniel B. Rubin | 3.5 | $1,312.50 |
| 10/31/19 | Trial Preparation-Monell Claim Research | Daniel B. Rubin | 6 | $2,250.00 |
| 11/1/19 | Trial Preparation-Monell Claim Research | Daniel B. Rubin | 3.5 | $1,312.50 |
| 11/1/19 | Trial Preparation-Preparing Trial Exhibits | Daniel B. Rubin | 4.5 | $1,687.50 |
| 11/2/19 | Trial Preparation - Litigation and Strategy | Daniel B. Rubin | 9.1 | $3,412.50 |
| 11/3/19 | Trial Preparation - Plaintiff Testimony | Daniel B. Rubin | 8.5 | $3,187.50 |
| 11/4/19 | Conference | Guy S. Regev | 0.3 | $195.00 |
| 11/4/19 | Trial Preparation - Plaintiff/Parent's Testimony/Examination | Guy S. Regev | 9.3 | $6,045.00 |
| 11/5/19 | Trial Preparation - Expert Testimony/Examination | Guy S. Regev | 9.2 | $5,980.00 |
| 11/5/19 | Trial Preparation - Expert Testimony/Examination | Daniel B. Rubin | 9.3 | $3,487.50 |

| DOCKET#  16-1114 | PLEASE DETACH AND RETURN WITH YOUR PAYMENT | ATTORNEYS | TOTAL: | Column1 |
|---|---|---|---|---|
| 11/6/19 | Trial Preparation - Defendant Testimony/Examination | Guy S. Regev | 9.1 | $5,915.00 |
| 11/6/19 | Trial Preparation-Qualified Immunity Research | Daniel B. Rubin | 8.4 | $3,150.00 |
| 11/6/19 | Exhibit 1 (Transcribed Recordings) | Guy S. Regev | 3.7 | $2,405.00 |
| 11/7/19 | Trial Preparation - Defendant Examination | Guy S. Regev | 9.2 | $5,980.00 |
| 11/7/19 | Trial Preparation-Dr. Herbert Sherry Research | Daniel B. Rubin | 3.5 | $1,312.50 |
| 11/7/19 | Exhibit 1 (Transcribed Recordings) | Guy S. Regev | 1.2 | $780.00 |
| 11/7/19 | Trial Preparation - Testimony & Evidence | Daniel B. Rubin | 8.2 | $3,075.00 |
| 11/8/19 | Trial Preparation - Defendant Testimony/Examination | Guy S. Regev | 9.2 | $5,980.00 |
| 11/8/19 | Trial Preparation - Defendant Testimony/Examination | Daniel B. Rubin | 8.5 | $3,187.50 |
| 11/11/19 | Trial Preparation - Opening Statements | Guy S. Regev | 9 | $5,850.00 |
| 11/11/19 | Trial Preparation - Opening Statements | Daniel B. Rubin | 8.6 | $3,225.00 |
| 11/12/19 | Jury Selection | Guy S. Regev | 3.4 | $2,210.00 |
| 11/12/19 | Trial Preparation - Plaintiff Testimony | Daniel B. Rubin | 5.6 | $2,100.00 |
| 11/12/19 | Trial Preparation - Expert Testimony | Guy S. Regev | 8.8 | $5,720.00 |
| 11/13/19 | Trial Preparation | Daniel B. Rubin | 4.5 | $1,687.50 |
| 11/13/19 | Trial | Guy S. Regev | 7.5 | $4,875.00 |
| 11/13/19 | Trial Review and Preparation | Guy S. Regev | 4.8 | $3,120.00 |
| 11/14/19 | Trial | Guy S. Regev | 7.5 | $4,875.00 |
| 11/14/19 | Trial | Daniel B. Rubin | 3.5 | $1,312.50 |
| 11/14/19 | Trial Preparation - Research Opposing Defendants' Motion to Dismiss | Daniel B. Rubin | 4.3 | $1,612.50 |
| 11/14/19 | Trial Preparation - Research Opposing Defendants' Motion to Dismiss | Guy S. Regev | 5.6 | $3,640.00 |
| 11/15/19 | Trial | Guy S. Regev | 8.2 | $5,330.00 |
| 12/3/19 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Review | Daniel B. Rubin | 0.5 | $187.50 |
| 12/12/19 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Review/Research | Daniel B. Rubin | 2.5 | $937.50 |
| 12/13/19 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Review/Research | Daniel B. Rubin | 1.0 | $375.00 |
| 12/18/19 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Research/Writing | Daniel B. Rubin | 4.0 | $1,500.00 |
| 12/23/19 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Research/Drafting | Daniel B. Rubin | 4.0 | $1,500.00 |
| 12/27/19 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Research/Writing | Daniel B. Rubin | 3.6 | $1,350.00 |
| 1/2/20 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Research/Writing | Daniel B. Rubin | 2.8 | $1,050.00 |
| 1/3/20 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Writing | Daniel B. Rubin | 2.2 | $825.00 |
| 1/6/20 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Research/Revising | Daniel B. Rubin | 5.7 | $2,137.50 |
| 1/7/20 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Writing/Revising | Daniel B. Rubin | 2.6 | $975.00 |
| 1/8/20 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Research/Writing | Daniel B. Rubin | 3.5 | $1,312.50 |

| DOCKET# 16-1114 | PLEASE DETACH AND RETURN WITH YOUR PAYMENT | ATTORNEYS | TOTAL: | Column1 |
|---|---|---|---|---|
| 1/9/20 | Opposition to Defendants' Motion to Set Aside Verdict - ECF Doc. 105 Research/Revising | Daniel B. Rubin | 4.2 | $1,575.00 |
| 5/22/20 | Motion for Attorney Fees - Research | Daniel B. Rubin | 0.5 | $187.50 |
| 5/25/20 | Motion for Attorney Fees - Research | Daniel B. Rubin | 4.6 | $1,725.00 |
| 5/26/20 | Motion for Attorney Fees - Research and Draft MOL | Daniel B. Rubin | 7.2 | $2,700.00 |
| 5/27/20 | Motion for Attorney Fees - Research and Draft MOL | Daniel B. Rubin | 4.6 | $1,725.00 |
| 5/28/20 | Motion for Attorney Fees - Writing MOL | Daniel B. Rubin | 3.3 | $1,237.50 |
| 5/29/20 | Motion for Attorney Fees - Revise and Write Declaration | Guy S. Regev | 8.3 | $5,395.00 |
| 6/1/20 | Motion for Attorney Fees - Writing MOL | Daniel B. Rubin | 5.1 | $1,912.50 |
| 6/3/20 | Motion for Attorney Fees - Writing MOL | Daniel B. Rubin | 6.4 | $2,400.00 |
| 6/4/20 | Motion for Attorney Fees - Writing MOL | Daniel B. Rubin | 3.8 | $1,425.00 |
| 6/5/20 | Motion for Attorney Fees - Writing MOL | Daniel B. Rubin | 1.5 | $562.50 |
| 6/8/20 | Motion for Attorney Fees - Writing Declaration | Guy S. Regev | 4.8 | $3,120.00 |
| 6/9/20 | Motion for Attorney Fees - Writing Declaration | Guy S. Regev | 1.2 | $780.00 |
| | | TOTAL | 584.2 | $300,750.00 |
| | | | | |
| | | | | |
| | Guy S. Regev | | 223.1 | $145,015.00 |
| | Daniel B. Rubin | | 287.2 | $107,700.00 |
| | Gary A. Zucker | | 73.9 | $48,035.00 |