| Vendor | Amount | Description |
|---|---|---|
| Police Expert, Inc. | 2500 | Joseph Pollini (Police Expert) |
| Diamond Reporting Inc. | 1445.8 | Sanders Transcript |
| Ciox | 23.8 | Medical Records |
| BluEdge (transfer to cd) | 155.15 | Medical Records/Films Exchange |
| Reporter's Ink, Corp. | 540.7 | Fox Transcript |
| Active Transport Services | 34.29 | Messenger Service |
| Reliable Clinical Experts, | 3600 | Dr. Craig Radnay |
| Diamond Reporting Inc. | 2071.4 | Tully/Johnson Transcript |
| Diamond Reporting Inc. | 1052.05 | Aspromonte Transcript |
| Active Transport Services | 53.35 | Messenger Service |
| Federal Express | 26.59 | Mailing |
| Barrister Reporting Service | 507.15 | Fox Parent Transcript |
| Travel - Uber | 267.08 | Transport to Trial |
| Federal Express | 11.95 | Mailing |
| PM Legal, LLC - Process Service | 1094.63 | Medical Record Subpoena |
| Reliable Clinical Experts, | 11500 | Dr. Craig Radnay Trial |
| David R. Roy - Court Reporter | 3067.57 | Trial Transcripts |
| Bank of America/Elsevier | 198 | Trial Exhibits |
| Westlaw | 3178.06 | Federal PJI |
| Westlaw | 1264.04 | Dr. Sherry Expert Witness Reports |
| TOTAL: | 32591.61 | |